Exhibit A

## DELIVER THESE PAPERS TO YOUR AUTOMOBILE LIABILITY INSURANCE CARRIER IMMEDIATELY. YOUR FAILURE TO DO SO MAY RESULT IN THE LOSS OF COVERAGE.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUMMONS**

NANCY BRESLIN

     Plaintiff,

v.

UNITED AIRLINES, INC. AND UNITED CONTINENTAL
CORPORATION

     Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Index No.:** *11 - 009294*

**Date Filed:** JUN 2 3 2011

Plaintiff(s) designate(s)
NASSAU COUNTY as
the place of trial.

The basis of venue is:
Plaintiff(s) residence
154 Saville Road
Mineola, NY 11501

**TO THE ABOVE NAMED DEFENDANT(S):**

     **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's

attorneys an answer to the complaint in this action within twenty (20) days after the

service of this summons, exclusive of the day of service, or within thirty (30) days after

service is complete if this summons is not personally delivered to you within the State of

New York.  In case of your failure to answer, judgment will be taken against you by

default for the relief demanded in the complaint.

DATED:      Garden City, New York
            June 14, 2011

                         Yours, etc.,

                         **CELLINO & BARNES, P.C.**


                         By:
                            George R. Gridelli, Esq.
                            Attorneys for Plaintiff
                            600 Old Country Road
                            Suite 500
                            Garden City, NY  11530
                            (516) 293-6060 x 512

UNITED AIRLINES, INC.
JFK International Airport - G22A
Jamaica, NY  11431

UNITED CONTINENTAL CORPORATION
750 Third Avenue, Suite 3300
New York, NY  10017

                              2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NANCY BRESLIN

       Plaintiff,

v.

UNITED AIRLINES, INC. AND UNITED
CONTINENTAL CORPORATION

       Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Index No.:** $OO9294$

$\exists iled$ - **JUN 2 3 2011**

**VERIFIED COMPLAINT**

       Plaintiff, above-named, by Plaintiff's attorneys, CELLINO & BARNES, P.C., for complaint against defendant, above-named, allege upon information and belief:

       1.    At all times herein relevant plaintiff NANCY BRESLIN has been a resident of the County of Nassau and State of New York.

       2.    That at all times hereinafter relevant, defendant, UNITED ARLINES, INC., was a corporation conducting business in New York State.

       3.    That at all times herein relevant, defendant, UNITED ARLINES, INC., transacted business with the State of New York and/or contracted anywhere to supply goods or services in the State of New York.

       4.    That at all times herein relevant, defendant, UNITED ARLINES, INC., committed a tortious act with the State of New York.

5.      That at all times herein relevant, defendant, UNITED ARLINES, INC., committed a tortious act without the State of New York causing injury to person or property within the State of New York.

6.      That at all times herein relevant, defendant, UNITED ARLINES, INC., owns, uses or possesses any real property situated with the State of New York.

7.      That by virtue of the allegations above, defendant, UNITED ARLINES, INC., is subject to the laws of the State of New York pursuant to CPLR 302.

8.      That at all times hereinafter relevant, defendant, UNITED CONTINENTAL CORPORATION, was a domestic corporation conducting business in New York State.

9.      That at all times herein relevant, defendant, UNITED CONTINENTAL CORPORATION, transacted business with the State of New York and/or contracted anywhere to supply goods or services in the State of New York.

10.     That at all times herein relevant, defendant, UNITED CONTINENTAL CORPORATION, committed a tortious act with the State of New York.

11.     That at all times herein relevant, defendant, UNITED CONTINENTAL CORPORATION,  committed a tortious act without the State of New York causing injury to person or property within the State of New York.

12.     That at all times herein relevant, defendant, UNITED CONTINENTAL CORPORATION, owns, uses or possesses any real property situated with the State of New York.

2

13.     That by virtue of the allegations above, defendant, UNITED CONTINENTAL CORPORATION, is subject to the laws of the State of New York pursuant to CPLR 302.

14.     On or about July 15, 2008, at approximately 10:45 a.m. defendant UNITED ARLINES, INC., was the registered owner of a certain 2008 Ford bearing New York State License Plate No. 99319JW.

15.     On or about July 15, 2008, at approximately 10:45 a.m. defendant UNITED CONTINENTAL CORPORATION  was the registered owner of a certain 2008 Ford bearing New York State License Plate No. 99319JW.

16.     On or about July 15, 2008, at approximately 10:45 a.m., plaintiff NANCY BRESLIN was exiting the vehicle described in Paragraphs 14 &  15 above while the vehicle was located at John F. Kennedy Airport, County of Queens, State of New York when she was caused to fall, thereby sustaining injuries and damages hereinafter alleged.

17.     The incident described in Paragraph 16 above occurred as a result of defendant UNITED ARLINES, INC.'s negligence and/or recklessness, without any negligence attributable in any measure to plaintiff.

18.     The incident described in Paragraph 16 above occurred as a result of defendant UNITED CONTINENTAL CORPORATION's negligence and/or recklessness, without any negligence attributable in any measure to plaintiff.

19.     Plaintiff NANCY BRESLIN has suffered a "serious injury" within the meaning of the Insurance Law of the State of New York.

3

20.    The limitations on liability set forth in C.P.L.R. Article 16 do not apply herein; one or more of the exemptions set forth in C.P.L.R. Section 1602 applies.

21.    As a result of the negligence and/or recklessness of defendants as alleged above, plaintiff NANCY BRESLIN was injured and has suffered damages in an amount which exceeds the monetary jurisdictional limits of all lower New York State Courts.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount which exceeds the monetary jurisdictional limits of all lower New York State Courts and Plaintiff demand such other, further and different relief as the Court may deem just and proper, together with the costs and disbursements of this action.

DATED:    Garden City, New York
          June 14, 2011

                              Yours, etc.,

                              CELLINO & BARNES, P.C.


                              By: _____
                                  George R. Gridelli, Esq.
                                  Attorneys for Plaintiff
                                  600 Old Country Road
                                  Suite 500
                                  Garden City, NY  11530
                                  (516) 293-6060 x 512

4

## VERIFICATION

STATE OF NEW YORK       )

COUNTY OF NASSAU       )       : SS.:

      **Nancy Breslin,** being duly sworn, deposes and says that she is the

plaintiff in the within action; that she has read the foregoing **COMPLAINT** and knows

the contents thereof; that the same is true to the knowledge of the deponent, except as

to the matters therein stated to be alleged on information and belief, and that as to

those matters she believes them to be true.

_____

Nancy Breslin

STATE OF NEW YORK       )
COUNTY OF NASSAU       )       : SS.:

      On the _20_ day of _June 2011_, in the year 2011 before me,
the undersigned, personally appeared Nancy Breslin, personally known to me or proved
to me on the basis of satisfactory evidence to be the individual whose name is
subscribed to the within instrument and acknowledged to me that they executed the
same in her capacity and that by her signature on the instrument, the individual or the
person upon behalf of which the individual acted, executed the instrument.

_____

Notary Public/Commissioner of Deeds

JESSICA A. WALSH
Notary Public, State of New York
No. 01WA6222462
Qualified in Nassau County
Commission Expires 05-24-2014

**Index No:**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

_____

NANCY BRESLIN

                                        Plaintiff(s),

        v

UNITED AIRLINES, INC. and UNITED CONTINENTAL CORPORATION

                        Defendant(s),
_____

SUMMONS AND VERIFIED COMPLAINT

_____

**CELLINO & BARNES, P.C.**
Attorneys for Plaintiff
Office & Post Office Address, Telephone
600 Old Country Road, Suite 500
Garden City, New York 11530
(631) 293-6060 x 512

_____
Service of a copy of the within is hereby admitted.

Dated:  Garden City, New York
        June 14, 2011
_____

PLEASE TAKE NOTICE:

↑NOTICE OF ENTRY
that the within is a (certified) true copy of an Order
duly entered in the office of the clerk of the within named court on

↑NOTICE OF SETTLEMENT
that an order                              of which the within is a true copy will be
presented for settlement to the HON.                one of the judges of the
within named Court, at
on                      at              M.

Dated

                                Yours, etc.